Michael W. Armstrong, Esq., (SBN: 87799)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Juan Pablo Bolivar

# UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN PABLO BOLIVAR, ET AL.,<br><br>    Defendants. | Case No. CR 10-00824 DLJ<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS**<br>**HEARING**<br><br>Date: March 7, 2013<br>Time: 9:00 a.m.<br>Court: The Hon. D. Lowell Jensen |

  It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant, Juan Pablo Bolivar, and Assistant United States Attorney Thomas Colthurst for the United States of America, that the presently scheduled status hearing of March 7, 2013 be rescheduled to Thursday, March 28, 2013 at 9:00 a.m. before the Honorable D. Lowell Jensen.

  The reason for the continuance is that Michael Armstrong, attorney for the defendant, has been assigned out for a trial beginning March 5, 2013, in San Mateo County Superior Court, Redwood City Branch. The matter is *People v. Teran*, Case No. SC075607. The trial is expected to go through this entire week and probably next week.

//

//

1  The parties agree that the time between March 7, 2013 through March 28, 2013 is properly
2  excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A)
3  and 3161(h)(7)(B)(iv) in the interests of justice.
4  SO STIPULATED:

6  Dated: March 6, 2013                    NOLAN, ARMSTRONG & BARTON, LLP

8                                          _____/s/_____
                                           Michael W. Armstrong
9                                          Attorney for Defendant, Juan Pablo Bolivar

10                                         MELINDA HAAG
                                           United States Attorney

13  Dated: March 6, 2013                   _____/s/_____
                                           THOMAS COLTHURST
14                                         Assistant Unites States Attorney

### ORDER

18  For the foregoing reasons, the Court continues the next status conference in this case from
19  March 7, 2013 to March 28, 2013 at 9:00 a.m.  For the reasons stated above, the Court further
20  finds that the ends of justice served by granting the requested continuance outweigh the best
21  interests of the public and the defendant in a speedy trial.  See U.S.C. § 3161(h)(7)(A) and
22  3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from March 7, 2013 through March 28,
23  2013.

24  SO ORDERED.

26  Dated:  March Î___, 2013              _____
                                          THE HONORABLE D. LOWELL JENSEN
                                          U.S. DISTRICT COURT JUDGE