1  Michael W. Armstrong, Esq., (SBN: 87799)

2  Nolan, Armstrong
3  & Barton, LLP

4  600 University Ave. \ Palo Alto, Ca. 94301
   Tel.  (650) 326-2980  Fax (650) 326-9704

5

6  Attorney for Defendant
   Juan Pablo Bolivar

7

8                         UNITED STATES OF AMERICA

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11 | UNITED STATES OF AMERICA,        | Case No. CR 10-00824 DLJ
12 |            Plaintiff,            | **STIPULATION AND []**
13 |     v.                           | **ORDER TO CONTINUE STATUS HEARING**
14 | JUAN PABLO BOLIVAR, ET AL.,      |
15 |                                  | Date:  March 28, 2013
   |                                  | Time:  9:00 a.m.
16 |            Defendants.           | Court: The Hon. D. Lowell Jensen

17

18

19      It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant,

20 Juan Pablo Bolivar, and Assistant United States Attorney Thomas Colthurst for the United States

21 of America, that the presently scheduled status hearing of March 28, 2013 be rescheduled to

22 Thursday, April 11, 2013 at 9:00 a.m. before the Honorable D. Lowell Jensen.

23      The reason for the continuance is that Michael Armstrong, attorney for the defendant, was

24 in trial in San Mateo County from March 4, 2013 through March 19, 2013. The trial took 12 days

25 instead of the estimated 7 days, due to lengthy jury deliberations.  That matter was *People v.*

26 *Teran*, Case No. SC075607.  On Monday, March 25, 2013, Mr. Armstrong starts another trial in

27 the Palo Alto Superior Court. This matter is *People v. Eschbach*, Case No. B1049945.  The trial is

28 expected to last one week.

- 1 -
STIPULATION AND  ORDER TO CONTINUE STATUS HEARING; CASE NO. CR 10-00824 DLJ

1   Mr. Armstrong has not been able to discuss the proposed Plea Agreement in enough detail
2   yet with his client.
3   The parties agree that the time between March 28, 2013 through April 11, 2013 is properly
4   excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A)
5   and 3161(h)(7)(B)(iv) in the interests of justice.
6   SO STIPULATED:

Dated: March 25, 2013                         NOLAN, ARMSTRONG & BARTON, LLP

                                              _____/s/_____
                                              Michael W. Armstrong
                                              Attorney for Defendant, Juan Pablo Bolivar

                                              MELINDA HAAG
                                              United States Attorney


Dated: March 25, 2013                         _____/s/_____
                                              THOMAS COLTHURST
                                              Assistant Unites States Attorney


**ORDER**

For the foregoing reasons, the Court continues the next status conference in this case from March 28, 2013 to April 11, 2013 at 9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv).  Accordingly, time shall be excluded from March 28, 2013 through April 11, 2013.

SO ORDERED.

Dated: March ___, 2013                        _____
                                              THE HONORABLE D. LOWELL JENSEN
                                              U.S. DISTRICT COURT JUDGE

- 2 -
STIPULATION AND ORDER TO CONTINUE STATUS HEARING; CASE NO. CR 10-00824 DLJ