1  Michael W. Armstrong, Esq., (SBN: 87799)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Juan Pablo Bolivar

## UNITED STATES OF AMERICA
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUAN PABLO BOLIVAR, ET AL.,<br><br>　　　　　Defendants. | Case No. CR 10-00824 DLJ<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS**<br>**HEARING**<br><br>Date:　　April 11, 2013<br>Time:　　9:00 a.m.<br>Court:　　The Hon. D. Lowell Jensen |

　　　It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant, Juan Pablo Bolivar, and Assistant United States Attorney Thomas Colthurst for the United States of America, that the presently scheduled status hearing of April 11, 2013 be rescheduled to Thursday, May 2, 2013 at 9:00 a.m. before the Honorable D. Lowell Jensen.

　　　The reason for the continuance is that the AUSA, Thomas Colthurst, will most likely be unable to obtain approval from his office for the proposed plea agreement (defense counsel only having notified Mr. Colthurst to seek such approval several days ago), until tomorrow April 10, and that won't give defense counsel enough time to meet with his client and discuss the plea agreement before the court date on Thursday, April 11. Defense counsel will be on vacation from April 17-30. The next available date for both counsel is May 2, 2013.

- 1 -
STIPULATION AND  ORDER TO CONTINUE STATUS HEARING; CASE NO. CR 10-00824 DLJ

The parties agree that the time between April 11, 2013 through May 2, 2013 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

SO STIPULATED:

Dated: April 9, 2013                NOLAN, ARMSTRONG & BARTON, LLP


                                    _____/s/_____
                                    Michael W. Armstrong
                                    Attorney for Defendant, Juan Pablo Bolivar

                                    MELINDA HAAG
                                    United States Attorney


Dated: April 9, 2013                _____/s/_____
                                    THOMAS COLTHURST
                                    Assistant Unites States Attorney


**ORDER**

For the foregoing reasons, the Court continues the next status conference in this case from April 11, 2013 to May 2, 2013 at 9:00 a.m.  For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from April 11, 2013 through May 2, 2013.

SO ORDERED.

Dated: April F€, 2013               _____
                                    THE HONORABLE D. LOWELL JENSEN
                                    U.S. DISTRICT COURT JUDGE